## A07A1780. O'NEILL v. THE STATE.
### (679 SE2d 61)

PHIPPS, Judge.

The Supreme Court of Georgia granted certiorari in the above-styled case, reported as *Bryant v. State*,[1] and reversed our affirmance of Brian O'Neill's conviction of possession of methamphetamine.[2] Accordingly, our judgment in Division 2 of *Bryant* is vacated, the judgment of the Supreme Court is made the judgment of this Court, and O'Neill's conviction of possession of methamphetamine is reversed.

*Judgment reversed. Johnson, P. J., and Mikell, J., concur.*

### DECIDED MAY 18, 2009.

*Diana L. Davis*, for appellant.

*Tommy K. Floyd, District Attorney, David E. Slemons, Assistant District Attorney*, for appellee.

---

[1] 288 Ga. App. 863, 867 (2) (655 SE2d 707) (2007).
[2] *O'Neill v. State*, 285 Ga. 125 (674 SE2d 302) (2009).